1  DENISE BOURGEOIS HALEY
   ATTORNEY AT LAW 143709
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

4  TEL: 562/868-5886
   FAX:  562/868-5491
5  E-MAIL: rohlfing_office@msn.com

6  Attorney for plaintiff

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **WESTERN DIVISON**

11

12 | JEROME JOHNSON,                ) Case No. CV 07-08323 CW
                                    )
13 |         Plaintiff,             ) ORDER DISMISSING CASE WITH
   |     vs.                        ) PREJUDICE
14 |                                )
   | MICHAEL J. ASTRUE,             )
15 | COMMISSIONER SOCIAL            )
   | SECURITY,                      )
16 |                                )
   |         Defendant              )
17 |                                )

18        Based upon the parties' Stipulation to Dismissal With Prejudice

19 ("Stipulation"),

20        **IT IS ORDERED** that the above-captioned matter is dismissed pursuant to

21 Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with

22 prejudice, and subject to the terms and conditions of the Stipulation.

23        DATED: ___July 8, 2008_____

24

25                         ___/s/ Carla M. Woehrle_____
                           UNITED STATES MAGISTRATE JUDGE
26

-1-